[No. 10273-4-III.   Division Three.   October 10, 1991.]

ROBERT FRITTS, JR., ET AL, *Appellants*, v. RICHARD GOWER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-03015-4, James M. Murphy, J., entered September 5, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.

[Nos. 24967-3-I; 26026-0-I.   Division One.   October 14, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR SUMMERS, *Appellant*.

*In the Matter of the Personal Restraint of*
ARTHUR SUMMERS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-01128-6, Anne L. Ellington, J., entered October 20, 1989. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Pekelis and Baker, JJ. Petition for relief from personal restraint *dismissed*. Now published at 63 Wn. App. 923.

[Nos. 25877-0-I; 26460-5-I.   Division One.·   October 14, 1991.]

AMITZIA GUIBBORY, *Respondent*, v. JEWISH NATIONAL FUND OF AMERICA, INC., *Appellant*.

Appeals from judgments of the Superior Court for King County, No. 86-2-12787-9, Robert E. Dixon, J., entered June 18, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Baker, JJ.